**Opinion issued July 26, 2012**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-12-00154-CV

———————————

**SAMUEL OGUNTOPE d/b/a UNIQUE USED AUTO PARTS, Appellant**

**V.**

**HARRIS COUNTY, TEXAS, Appellee**

---

**On Appeal from the 157th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2008-57902**

---

## MEMORANDUM OPINION

Appellant, Samuel Oguntope d/b/a Unique Used Auto Parts, has neither paid the required filing fee for this appeal nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5 ("A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for

filing—whatever fees are required by statute or Supreme Court order."), 20.1 (listing requirements for establishing indigence); *see also* TEX. GOV'T CODE ANN. § 51.207 (Vernon Supp. 2011), § 51.941(a) (Vernon 2005), § 101.041 (Vernon Supp. 2011) (listing fees in court of appeals); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in court of appeals). After being notified on February 16, 2012 that this appeal was subject to dismissal if the fee was not paid by February 27, 2012, appellant did not adequately respond. *See* TEX. R. APP. P. 5 (allowing enforcement of rule); 42.3(c) (allowing involuntary dismissal of case). Appellant was again notified on June 5, 2012 that this appeal was subject to dismissal for failure to pay the fee, and appellant did not adequately respond. *See* TEX. R. APP. P. 5 (allowing enforcement of rule); 42.3(c) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Higley, Sharp, and Huddle.

2